**Paul Richard CASEY, Appellant**

v.

**UNITED STATES of America.**

No. 16445.

United States Court of Appeals Eighth Circuit.

May 10, 1960.

John B. Thurman, Jr., Little Rock, Ark., for appellant.

Osro Cobb, U. S. Atty., Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution.